**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CODY SWAIN,

        Defendant.

2:19-cr-00044-APG-VCF

**ORDER**

Before the Court is Cody Swain's motion requesting copies of court documents. (ECF No. 30).

Federal Public Defender was appointed as counsel of record for Cody Swain on February 6, 2019. (ECF No. 4). Swain filed the instant motion on his own behalf. (ECF No. 127).

Pursuant to Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Defendant may not file motions on his own behalf. *See* Local Rule IA 11-6(a).

Accordingly,

The Clerk of Court is directed to STRIKE Cody Swain's motion requesting copies of court documents (ECF No. 30) from the docket.

IT IS HEREBY ORDERED that defense counsel is directed to provide a copy of this order to Swain. If Swain desires to pursue court action, he must ask his attorney to bring a motion on his behalf.

DATED this 15th day of February 2023.

                                            _____
                                            CAM FERENBACH
                                            UNITED STATES MAGISTRATE JUDGE