UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CODY SWAIN,<br><br>　　　　Defendant. | Case No. 2:19-cr-00044-APG-VCF<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on January 24, 2024 at the hour of 10:30 a.m., be vacated and continued to March 27, 2024 at 10:00 a.m. in Courtroom 3D.

　　DATED this <u>23rd</u> day of January, 2024.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3